**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| AJC LOGISTICS, LLC, *et al.*, | |
| **Plaintiffs,** | |
| **v.** | **Civil No.** 11-1834 (FAB) |
| ECONOMY INTERNATIONAL SERVICES, INC., | |
| **Defendant.** | |

**JUDGMENT**

In accordance with the Memorandum and Order entered on September 10, 2013 (Docket No. 91), this case is **DISMISSED WITH PREJUDICE as to Triple-S Propiedad.** Pursuant to the same Memorandum and Order (Docket No. 91), all causes of action brought by plaintiff Underwriters at Lloyd's of London against all defendants are **DISMISSED WITHOUT PREJUDICE.**

Upon due consideration of the Motion for Voluntary Dismissal as to defendant Manuel Espinosa and for Entry of Default Judgment as to defendant Economy filed on September 11, 2013 by plaintiffs AJC Logistics, LLC and AJC International, Inc. ("AJC"). (Docket No. 93), it is further provided that:

AJC's action against defendant Manuel Espinosa is **DISMISSED WITHOUT PREJUDICE** based on the consent by the parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii); and,

Civil No. 11-1834 (FAB)                                                                 2

A **DEFAULT JUDGMENT** is entered for the sum of $1,105,618.36 in favor of plaintiffs AJC Logistics, LLC and AJC International, Inc. against defendant Economy International Services, Inc. based on the Verified Statement from AJC on the amount of the damages.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 11, 2013.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE